UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN SECTION

SPECTRA MEDICAL DEVICES, INC. ) Civil Action No.
A Massachusetts corporation, )  04 10745 GAO
 )
Plaintiff )
 )
v. ) NOTICE OF REMOVAL
 MAGISTRATE JUDGE )
 )
MID STATES MEDICAL INSTRUMENTS, )
An Illinois corporation, and KK METALLIC )
INDUSTRIES, INC., a Pakistani corporation, )
 )
Defendants )

RECEIPT # 55192
AMOUNT $150
SUMMONS ISSUED N/A
LOCAL RULE 4.1
WAIVER FORM
MCF ISSUED
BY DPTY. CLK.
DATE 4.13.04

Please take notice that Defendants Mid States Medical Instruments, Inc. and KK Metallic Industries, Inc. hereby remove to this Court the state court action described below.

1. On or about March 19, 2004 the Plaintiff commenced, in the Commonwealth of Massachusetts Superior Court for Middlesex County an action entitled Spectra Medical Devices, Inc.vs. Mid States Medical Instruments, Inc., and KK Metallic Industries, Inc., Civil Action No. 04-1073. A copy of the Complaint and summons are attached as Exhibit A.

2. Plaintiff served a copy of the summons and Complaint on Defendants on March 19, 2004 by registered mail. Defendants received the Complaint several days later and immediately transmitted it to their attorneys.

3. This action is a civil action of which this Court has original jurisdiction pursuant to 28 U.S.C. § 1332(a)(1) and is one which may be removed to this Court by Defendants pursuant to 28 U.S.C. § 1441(a) as it is a civil action between citizens of different states and the matter in controversy exceeds $75,000 exclusive of interest and

costs. Plaintiff is requesting, among its damages, treble damages pursuant to Massachusetts state law and punitive damages for breach of a contract. Defendants have previously filed an action in the United States District Court for the Northern District of Illinois on the same contract that forms the basis of Plaintiff's Complaint and Defendants estimate that their damages will approach $1,000,000 exclusive of costs. As the underlying contract that forms the basis of both complaints is a ten year contract with exclusive dealing provisions and, based on performance of the contract prior to breach, the contract was worth approximately $450,000 a year.

    4.    Defendants are informed and believe that Plaintiff is a Massachusetts corporation with its principal place of business in Massachusetts. Defendants are, respectively, an Illinois corporation and a Pakistani corporation.

The Defendants
MID STATES MEDICAL INSTRUMENTS
and KK METALLIC INDUSTRIES, INC.
By Their Attorneys

_____
Jeffrey E. Poindexter, BBO #631922
Bulkley Richardson and Gelinas, LLP
1500 Main Street, Suite 2700
Springfield, Massachusetts 01115
Tel. 413-781-2820; Fax. 413-785-5060

Dated: April 09, 2004

### Certificate of Service

I, Jeffrey E. Poindexter, attorney for defendants, Mid States Medical Instruments and KK Metallic Industries, Inc., in this above matter, hereby certify that a true copy of the above document was served upon the attorney of record for each party by mail on April 09, 2004

_____
Jeffrey E. Poindexter

Of Counsel:
Thomas Patterson (ARDC # 3128587)
Scott Berends (ARDC # 6281019)
The Patterson Law Firm
33 North LaSalle Street, Suite 3350
Chicago, Illinois 60602
Tel. 312-223-1699; Fax. 312-223-8549