UNITED STATES DISTRICT COURT,
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SPECTRA MEDICAL DEVICES, INC. )<br>Plaintiff, )<br>)<br>V. )<br>)<br>)<br>MID STATES MEDICAL INSTRUMENTS )<br>And KK METALLIC INDUSTRIES, INC., )<br>Defendant )<br>) | 2004 AUG 16  P 3: 07<br><br>Civil Action No. 04-10745-GAO |

### REQUEST FOR DEFAULT PURSUANT TO RULE 55(a)

I, Garry N. Blank, Esq., Attorney for the above named Plaintiff Spectra Medical Devices, Inc., state that the Complaint in which judgment for affirmative relief is sought was filed herein against the Defendants, and the Summons and copy of the Complaint have been served on Defendants Mid States Medical Instruments and KK Metallic Industries, Inc. on or about April 19, 2004 as appears in Defendants' Notice of Removal; that the time within which Defendants shall serve a responsive pleading or otherwise defend pursuant to Rule 12(a) has expired and the Defendants herein have failed to file or serve an answer or otherwise defend the Complaint.

WHEREFORE, Plaintiff Spectra Medical Devices, Inc. makes application that the Defendants Mid States Medical Instruments and KK Metallic Industries, Inc. be defaulted.

Signed under the pains and penalties of perjury this 13th day of August, 2004.

Respectfully submitted,
Plaintiff,
By its Attorney,

Garry N. Blank, Esq. BBO#045330
Blank and Solomon
11 Beacon Street
Boston, MA 02108
(617)367-5800