UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN SECTION

| | | |
|---|---|---|
| SPECTRA MEDICAL DEVICES, INC. A Massachusetts corporation, | ) ) ) | Civil Action No.: 04-CV-10745-GAO |
| Plaintiff | ) ) ) | |
| v. | ) ) ) | **DEFENDANTS' STATEMENT FOR INITIAL SCHEDULING CONFERENCE** |
| MID STATES MEDICAL INSTRUMENTS, An Illinois corporation, and KK METALLIC INDUSTRIES, INC., a Pakistani corporation, | ) ) ) ) | |
| Defendants | ) ) | |

Pursuant to Federal Rule of Civil Procedure 16(b) and Local Rule 16.1, counsel for the

defendants submits the following:

A.    DEFENDANTS' PROPOSED AGENDA OF MATTERS TO BE DISCUSSED AT SCHEDULING CONFERENCE

1)    Plaintiff's settlement proposal and defendant's response thereto;

2)    Establishment of a schedule for discovery;

3)    Establishment of a schedule for filing motions;

4)    Establishment of a schedule for future court conferences; and

5)    Possible use of alternative dispute resolution.

B.    DEFENDANTS' PROPOSED PRE-TRIAL SCHEDULE

| | Event | Deadline |
|---|---|---|
| 1) | Answer filed | March 15, 2005 |
| 2) | Motion to Consolidate | March 15, 2005 |
| 3) | parties to serve initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1) | March 31, 2005 |
| 4) | parties to serve first requests for production of documents, interrogatories and requests for admissions | April 29, 2005 |

290285

| | | |
|---|---|---|
| 5) | parties to complete non-expert discovery, including additional written discovery and depositions | September 30, 2005 |
| 6) | parties to file motions to amend pleadings | October 17, 2005 |
| 7) | expert reports completed and due | November 30, 2005 |
| 8) | expert discovery completed | January 31, 2006 |
| 9) | parties to file summary judgment motions | February 15, 2006 |
| 10) | parties to file oppositions to summary judgment motions | March 1, 2006 |
| 11) | hearing on motion for summary judgment | As set by Court |
| 12) | additional scheduling and status conferences | As needed |

C.    CERTIFICATION OF CONFERENCE REGARDING BUDGET AND ALTERNATIVE DISPUTE RESOLUTION

Counsel for the defendants intend to forward certifications to his clients for execution following the scheduling conference and will submit them to the Court for filing promptly after such conference.

Respectfully submitted,
The Defendants
MID STATES MEDICAL INSTRUMENTS
and KK METALLIC INDUSTRIES, INC.
By Their Attorneys

Jeffrey E. Poindexter – BBO No. 631922
Bulkley, Richardson and Gelinas, LLP
1500 Main Street, Suite 2700
Springfield, MA  01115-5507
Tel: (413) 781-2820; Fax: (413) 272-6803

Of Counsel:
Thomas Patterson (ARDC # 3128587)
Scott Berends (ARDC # 6281019)
The Patterson Law Firm
33 North LaSalle Street, Suite 3350
Chicago, Illinois 60602
Tel. 312-223-1699; Fax. 312-223-8549

Dated: February 15, 2005

AGREED

Daniel Solomon for Plaintiff
11 Beacon St Suite 305
Boston MA 02108
617.317.5800

290285                                        2