UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SPECTRA MEDICAL DEVICES, INC. | Civil Action No.: 04-CV-10745-GAO |
| Plaintiff | |
| v. | |
| MID STATES MEDICAL INSTRUMENTS, and KK METALLIC INDUSTRIES, INC., | |
| Defendants. | |

**AFFIDAVIT OF SCOTT BERENDS**

1.  My name is Scott Berends and am an attorney with The Patterson Law Firm, P.C., 33 North LaSalle Street, Suite 3350, Chicago, Illinois.

2.  I am over the age of 18 and have personal knowledge of each of the facts in this affidavit.

3.  I am admitted to the Illinois bar and am a member in good standing of that bar.

4.  I am admitted to the United States District Court for the Northern District of Illinois and am a member in good standing of that bar.

5.  I am familiar with the facts and issues in Spectra Medical Devices v. Mid States Medical Instruments, et al.

6.  I am familiar with the local rules for the District of Massachusetts and Massachusetts law regarding this matter.

Further affiant sayeth not

                                                    /s/ Scott Berends
                                                    Scott Berends

Dated: March 23, 2005

290270