## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SPECTRA MEDICAL DEVICES, INC. | ) Civil Action No.: 04-10745-GAO |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| MID STATES MEDICAL INSTRUMENTS, | ) |
| and KK METALLIC INDUSTRIES, INC., | ) |
| | ) |
| Defendants. | ) |

## MOTION TO ADMIT ATTORNEY PRO HAC VICE

Pursuant to Local Rule 83.5.3, defendants, Mid States Medical Instruments, Inc. and KK Metallic Industries, Inc. by and through their undersigned counsel, hereby move this court to admit attorneys Scott Berends pro hac vice.

As set forth in the accompanying affidavit, Mr. Berends is a member in good standing of the Illinois bar.  He is also a member of the United States District Court for the Northern District of Illinois.  Additionally, he is familiar with the issues and relevant applicable laws involved in this case and his participation as counsel would be of invaluable assistance in this action.

In support of this application, the defendants respectfully call this Court's attention to the affidavit of Scott Berends attached hereto.

292797

Wherefore, the defendants respectfully request that the Motion to Admit Attorney Pro Hac Vice be allowed.

Respectfully submitted,

THE DEFENDANTS,
MID STATES MEDICAL INSTRUMENTS,
INC. and KK METALLIC INDUSTRIES,
INC.,
By Their Attorneys:


  /s/ Jeffrey E. Poindexter
Jeffrey Poindexter (BBO #631922)
Bulkley Richardson & Gelinas LLP
1500 Main Street
Suite 2700
Springfield, MA 01115
Tel: 413-272-6232
Fax: 413-272-6805


Of Counsel:
Thomas Patterson (3128587)
Scott Berends (6281019)
The Patterson Law Firm P.C.
33 North LaSalle Street
Suite 3350
Chicago, Illinois 60602
Tel. 312-223-1699
Fax. 312-223-8549

Dated:  December 7, 2005


## Certificate of Service

I hereby certify that a true and accurate copy of the above document was served by mail on the attorney for each party other than those receiving electronic notices.

  /s/ Jeffrey E. Poindexter