UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN SECTION

| | | |
|---|---|---|
| SPECTRA MEDICAL DEVICES, INC., | ) | Civil Action No.: 04-10745 GAO |
| Plaintiff | ) | |
| | ) | |
| v. | ) | **ASSENTED-TO** MOTION TO |
| | ) | WITHDRAW APPEARANCE |
| MID STATES MEDICAL INSTRUMENTS, | ) | OF LOCAL COUNSEL |
| and KK METALLIC INDUSTRIES, INC., | ) | |
| Defendants | ) | |

Local counsel for Mid States Medical Instruments, Inc. and KK Metallic Industries, Inc. ("Defendants") hereby moves with the assent of the plaintiff, lead counsel for the Defendants (Scott Berends and Thomas Patterson) and the Defendants to withdraw as local counsel in the captioned matter. Withdrawal of counsel is allowed under Rule 1.16 of the Massachusetts Rules of Professional Conduct where the withdrawal can be accomplished without any adverse consequence to the client. In the present case, the clients, who assent to this motion, are represented by lead counsel based in Chicago and continue to be fully represented in this matter. Lead counsel intends to designate a new local counsel who will appear within thirty days from the filing of this motion.

WHEREFORE, the undersigned counsel, with the assent of Mid States Medical Instruments and KK Metallic Industries, Inc. request that the foregoing motion be allowed.

    /s/ Jeffrey E. Poindexter
Jeffrey E. Poindexter, BBO No. 631922
Bulkley, Richardson and Gelinas, LLP
1500 Main Street, Suite 2700
Springfield, MA 01115-5507
Tel.: (413) 781-2820
Fax: (413) 272-6803

ASSENTED TO:

| | |
|---|---|
| The Defendants,<br>MIDSTATES MEDICAL INSTRUMENTS<br>And KK METALLIC INDUSTRIES, INC.<br>By Their Attorney: | The Plaintiff,<br>SPECTRA MEDICAL DEVICES, INC.<br>By Its Attorney: |
| /s/ Scott Berends<br>Scott Berends, ARDC# 6281019<br>Thomas Patterson, ARDC #3128587<br>The Patterson Law Firm<br>33 North Lasalle Street, Suite 3350<br>Chicago, IL 60602<br>Tel: (312) 223-1699<br>Fax: (312) 223-8549 | /s/ Daniel Solomon<br>Daniel Solomon, BBO #472580<br>Gary N. Blank, BBO#045330<br>Blank and Solomon<br>11 Beacon Street, Suite 315<br>Boston, MA 02108<br>Tel: (617) 367-5800 |

Dated: February 8 2006

#321012