UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2007 JAN 30 P 2: 47
U.S. DISTRICT COURT
DISTRICT OF MASS.

CASE NO. 04 CV 10745

| | |
|---|---|
| SPECTRA MEDICAL, ) | |
|    Plaintiff ) | |
| ) | |
| Vs. ) | |
| ) | |
| MID STATES MEDICAL, ) | |
|    Defendant ) | |

## NOTICE OF APPEARANCE

Kindly enter my appearance as co-counsel for the Defendant, Mid States Medical in connection with the above-captioned matter.

Respectfully submitted,
Mid States Medical
By its Attorney,

David L. Rubin, Esquire (BBO 432600)
RUBIN & ORIEL
550 Worcester Road
Framingham, Massachusetts 01702
(508) 875-9797

Dated: January 30, 2007