# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **MID STATES MEDICAL AND KK METALLIC** <br> Counter Plaintiff <br><br> V. <br><br> **SPECTRA MEDICAL DEVICES** <br> Counter Defendant | CIVIL ACTION <br><br> NO.  04-10745-GAO |

## NOTICE OF DEFAULT

Upon application of the Counter Plaintiff, **MID STATES MEDICAL AND KK METALLIC** for an order of Default for failure of the Counter Defendant, **SPECTRA MEDICAL DEVICES**, to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been defaulted this  27  day of  FEBRUARY, 2007 .

SARAH A. THORNTON
CLERK OF COURT

By:   PAUL S. LYNESS
Deputy Clerk

Notice mailed to:

(Default Notice.wpd - 3/7/2005)