# AFFIDAVIT OF DAMAGES

Anjum Butt, under oath, states as follows:

1. My name is Anjum Butt
2. I am an employee and officer of Mid States Medical Instruments, Inc.
3. The attached Exhibit A is a true and correct description of Mid States' losses from Spectra Medical Devices failure and refusal to adhere to the terms of its contract with Mid States.
4. Mid States has lost $954,926.44 since 1999 based on Spectra's failure to adhere to the terms of the contract and Mid State's profits on each item sold to Spectra.
5. Mid States will lose $345,664.50 in 2008 and 2009.
6. Mid States' total losses will be $1,300,590.00 over the course of the contract.

_____
Anjum Butt

## Mid States Medical Instruments, Inc.
## VS
## Spectra Medical Devices, Inc.

10 Years Average Profit & Loss Statement from the date of Agreement with Spectra Medical October 1999 to 2009

**Spectra Agreed to purchase 1.2million units per year. Average yearly $691,329.00**
**Monthly 100,000 Units/ Average Per Month $ 57,610.00**
**Mid States Average Profit 25%**

| Units Purchased | Sale Amount | Units Loss | Sale Loss | 25% Profit | Profit Loss |
|---|---|---|---|---|---|
| **1999** | | | | | |
| 165,652 out of 300,000 | $82,685.55 | 134,348 | $90,144.45 | $20,671.39 | $22,536.12 |
| **2000** | | | | | |
| 985,192 out of 1.2mil | $583,925.24 | 214,808 | $107,403.76 | $145,981.31 | $26,850.94 |
| **2001** | | | | | |
| 944,235 out of 1.2mil | $525,606.00 | 255,765 | $165,723.00 | $131,401.50 | $41,430.75 |
| **2002** | | | | | |
| 950,865 out of 1.2mil | $451,156.50 | 249,135 | $240,172.50 | $112,789.12 | $60,043.13 |
| **2003** | | | | | |
| 522,565 out of 1.2mil | $240,383.00 | 677,435 | $450,946.00 | $60,095.75 | $112,736.50 |
| **2004** | | | | | |
| None out of 1.2mil | $000.000.00 | 1.2mil | $691,329.00 | $000,000.00 | $172,832.25 |
| **2005** | | | | | |
| None out of 1.2mil | $000.000.00 | 1.2mil | $691,329.00 | $000,000.00 | $172,832.25 |
| **2006** | | | | | |
| None out of 1.2mil | $000.000.00 | 1.2mil | $691,329.00 | $000,000.00 | $172,832.25 |
| **2007** | | | | | |
| None out of 1.2mil | $000.000.00 | 1.2mil | $691,329.00 | $000,000.00 | $172,832.25 |
| **2008** | | | | | |
| None out of 1.2mil | $000.000.00 | 1.2mil | $691,329.00 | $000,000.00 | $172,832.25 |
| **2009** | | | | | |
| None out of 1.2mil | $000.000.00 | 1.2mil | $691,329.00 | $000,000.00 | $172,832.25 |
| Total Units 3568,509 | $1,883,756.20 | 8,731,491 | $5,202,363.60 | $470,939.05 | $1,300,590.00 |

| INVENTORY HELD | $50,600.00 | Approx |
|---|---|---|

3% Yearly Index Price not Included in above total.