UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SPECTRA MEDICAL DEVICES, INC
        Plaintiff/Counter Defendant

v.          CIVIL ACTION NO. 04-10745-GAO

MID STATES MEDICAL INSTRUMENTS, ET AL
        Counter Claimant

### DEFAULT JUDGMENT

O'TOOLE, D.J.

**IT IS ORDERED AND ADJUDGED**

At a scheduling conference held on 2/26/07, there was no appearance by the plaintiff. The court dismissed the plaintiff's main claim in the complaint for want of prosecution, pursuant to Local Rule 41.1.

Plaintiff/Counter Defendant Spectra Medical Devices was defaulted on 2/27/07 upon application of Counter Claimant Mid States Medical Instruments. Pursuant to an Affidavit of Damages filed on 5/17/07, Judgment is entered in favor of Counter Claimant and against Plaintiff/Counter Defendant in the amount of $1,300,590.00.

SARAH A. THORNTON,
CLERK OF COURT

Dated: 9/6/07          By Paul Lyness
        Deputy Clerk

(JudgementCivil.wpd - 3/7/2005)